**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**John Douglas JACKSON, a/k/a Buddy Dean, Defendant–Appellant.**

No. 02–7302.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 14, 2002.

Decided Dec. 16, 2002.

John Douglas Jackson, Appellant Pro Se. Christine Manuelian, Lynne Ann Battaglia, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

John Jackson appeals the district court's order denying his motion requesting grand jury proceedings under Fed.R.Crim.P. 6(e). Our review is for abuse of discretion.

*In re Grand Jury Proceedings,* 800 F.2d 1293, 1299 (4th Cir.1986). Jackson failed to demonstrate a particularized need for his grand jury transcripts justifying disclosure under Rule 6(e). *See Douglas Oil Co. v. Petrol Stops Northwest,* 441 U.S. 211, 218, 99 S.Ct. 1667, 60 L.Ed.2d 156 (1979). Accordingly, the district court did not abuse its discretion in denying Jackson's motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*